[No. 42734-6-II.   Division Two.   July 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT EUGENE COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-01214-9, Stephen M. Warning, J., entered July 28, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42781-8-II.   Division Two.   July 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. YOVANY GOMEZ-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00315-3, Richard L. Brosey, J., entered October 10, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Johanson, J., and Lee, J. Pro Tem.

[No. 42885-7-II.   Division Two.   July 2, 2013.]

SARAH NICOL MCDONOUGH, *Respondent*, v. JOSIAH DANIEL CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-3-04504-9, Kathryn J. Nelson, J., entered November 9, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42946-2-II.   Division Two.   July 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMC, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-8-00908-0, John P. Wulle, J., entered December 7, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson, J., and Tollefson, J. Pro Tem.